UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| V. | : | Crim. No. 00-157 (RCL) |
| | : | |
| KEVIN GRAY et al. | : | |
|        Defendants | : | |

_____

**GOVERNMENT'S MOTION FOR EXTENSION OF TIME**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby requests an extension of time to submit a proposal to the Court regarding future proceedings in this matter.  In support thereof, the United States submits the following.

By an Order dated November 15, 2012, the Court directed, <u>inter alia</u>, the Government to submit a proposal for the conduct of further proceedings, in light of the decision of the United States Court of Appeals for the District of Columbia.  In an effort to determine the exact counts that the defendants in the first trial were found guilty of, the government has been attempting to locate the verdict form from the first trial in this matter.  That effort has been unsuccessful.  The verdict form was not located in either the Government's files or the Court's files.  The undersigned is scheduled to meet with a representative of the Federal Public Defender on December 12, 2012 to attempt to determine what counts the defendants were convicted of and which of the defendants are therefore subject to the remand order.

Accordingly, the Government requests that it be authorized to submit the requested proposal by December 14, 2012.

Respectfully submitted,

RONALD C. MACHEN JR., DC Bar No. 447889
United States Attorney

_____
Arvind K. Lal, DC Bar No. 389-496
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
202-252-7688