# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| V. | : | Crim. No. 00-157 (RCL) |
| | : | |
| **KEVIN GRAY et al.** | : | |
| **Defendants** | : | |

## ORDER

Based on the representations in the government's motion for an extension of time, it is hereby

ORDERED that the United States submit a proposal for the conduct of further proceedings by December 14, 2012.

_____
ROYCE C. LAMBERTH
Chief United States District Court Judge
for the District of Columbia